UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW DUPLISEA ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | CIVIL NO. 2:22-cv-00317-JAW |
| ) | |
| CITY OF BIDDEFORD et al ) | |
| ) | |
| Defendant(s), ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming Recommended Decision entered by U.S. District Judge, John A. Woodcock, Jr. on July 17, 2023,

JUDGMENT of Dismissal With Prejudice as to Counts 1 and 2 is hereby entered.

JUDGMENT of Dismissal Without Prejudice as to Counts 3, 4 and 5 is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Joanne Deering
Deputy Clerk

Dated: July 17, 2023